IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO. H-22-374-1** |
| | § | |
| **TIERRA PORTER** | § | |

### TIERRA PORTER'S NOTICE OF NO OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

COMES NOW TIERRA PORTER, defendant in the above entitled and numbered cause, by and through her court appointed attorney, BONITA DENYSE THIERRY, gives notice that there are no objections to the Pre-Sentence Investigation Report.

Respectfully submitted,

/s/Bonita Denyse Thierry

BONITA DENYSE THIERRY
Attorney at Law
State Bar No. 19837230
Federal ID  27979
405 Main Street, Suite 401
Houston, Texas  77002
Telephone:     (713) 223-0400
Facsimile:      (713) 223-0434
Email:           bdtesq@swbell.net

ATTORNEY FOR THE ACCUSED,
TIERRA PORTER

1

CERTIFICATE OF SERVICE

I, Bonita Denyse Thierry, Defense Attorney for TIERRA PORTER, do hereby certify that on this the October 4, 2023 a copy of the foregoing, was emailed to the Assistant United States Attorney Karen Mitchell Lansden @ karen.lansden @usdoj.gov.  The office is located at 1000 Louisiana, Suite 2300, Houston, TX  77002.

Respectfully Submitted,

/s/Bonita Denyse Thierry

BONITA DENYSE THIERRY
Attorney at Law
State Bar No. 19837230
Federal ID  27979
405 Main Street, Suite 401
Houston, Texas  77002
Telephone:     (713) 223-0400
Facsimile:      (713) 223-0434
Email:            bdtesq@swbell.net

ATTORNEY FOR THE ACCUSED,
TIERRA PORTER